May 19, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

KEVIN MATTHEW HALL, Appellant

NO. 14-12-00655-CV                    V.

REBECCA MACCORKLE HALL, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Rebecca MacCorkle Hall, signed March 27, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Kevin Matthew Hall, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.